IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES CORP., MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2018-KX03,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHENANGO PLACE, LLC, RACHEL SCHIFF, ABRAHAM GROSS, and BROOME COUNTY INDUSTRIAL DEVELOPMENT AGENCY,<br><br>　　　　Defendants. | CIVIL ACTION<br><br>NO. 3:23-cv-00928-MAD-ML |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT
<u>BROOME COUNTY INDUSTRIAL DEVELOPMENT AGENCY</u>**

Plaintiff, U.S. Bank National Association, as Trustee for the registered holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2018-KX03 ("<u>Plaintiff</u>"), by its counsel, respectfully moves the Court to enter a default judgment in its favor and against Defendant Broome County Industrial Development Agency on Plaintiff's Complaint for the reasons set forth in the accompanying Declaration of Raymond A. Quaglia.

Dated: March 11, 2024

/s/ Raymond A. Quaglia
Celia A. Cohen
Raymond A. Quaglia
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, NY 10019-5820
(646) 346-8048
cohenc@ballardspahr.com
quaglia@ballardspahr.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of Plaintiff's foregoing motion for default judgment against Defendant Broome County Industrial Development Agency to be served as follows:

*Via email upon*:

    Cheryl D. Sullivan, Esq.
    Chief Assistant County Attorney
    Broome County Attorney's Office
    Cheryl.sullivan@broomecountyny.gov

    Harvey D. Mervis, Esq.
    Albert J. Millus, Jr., Esq.
    Garrett T. Lyons, Esq.
    Hinman, Howard & Kattell LLP
    80 Exchange Street, P.O. Box 5250
    Binghamton, NY 13902-5250
    hmervis@hhk.com
    amillus@hhk.com
    glyons@hhk.com

*Via U.S. mail upon*:

    Broome County Industrial Development Agency
    60 Hawley Street
    Binghamton, NY 13902

Dated: March 11, 2024          */s/ Raymond A. Quaglia*
                                                                                                          Raymond A. Quaglia